FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 FEB -7 PM 1:58
CLERK____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO: CR310-008 |
| | ) | |
| THOMAS SILAS YAWN | ) | |

## ORDER

The defendant, Thomas Silas Yawn, was sentenced by this court on June 29, 2011 and is currently under the supervision of the United States Probation Office. Surety, Raeanne Zimmerman, has requested the return of the $2,500.00 cash security posted on the defendant's $25,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,500.00 posted by surety for the defendant, plus all accrued interest thereon, be returned to Raeanne Zimmerman at 682 Hutchinson Drive, North Augusta, South Carolina 29841.

This 7th day of Feb., 2018 at Augusta, Georgia.

DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA