PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 FEB 21 PM 4: 33

CLERK J. Hodge 
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA

v.    Crim. No. 3:10CR000008-1

Thomas Silas Yawn

On June 8, 2016, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Tony Graham
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of February, 2020.

Dudley H. Bowen, Jr.
United States District Judge